**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1671**

In re: COREY THOMAS JONES,

      Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Alexandria.  (1:11-cr-00530-CMH-2)

Submitted:  September 29, 2022                                   Decided:  August 10, 2023

Before GREGORY and HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Corey Thomas Jones, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Thomas Jones petitions for a writ of mandamus, alleging that the district court has unduly delayed in acting on five postjudgment motions filed in his criminal case. *See United States v. Jones*, No. 1:11-cr-00530-CMH-2 (E.D. Va., PACER Nos. 281-85). He seeks an order from this court directing the district court to act. However, the district court has recently denied relief on each of these motions. Accordingly, we deny this part of Jones' mandamus petition as moot.

Jones' petition also alleges undue delay as to a motion he filed in April 2022. Our review of the present record does not reveal undue delay as to that motion. Thus, we deny relief on this part of the mandamus petition.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*